**08 C 232**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE COX**

# STATE OF ILLINOIS
## EXECUTIVE DEPARTMENT
### SPRINGFIELD, ILLINOIS

To the County Clerk of DUPAGE County, Greetings

WHEREAS, Because of the resignation of the Honorable Dennis Hastert effective November 26, 2007, a vacancy now exists in the Office of the Representative of the United States Congress for the 14th Congressional District of the State of Illinois.

Now, THEREFORE, I, ROD R. BLAGOJEVICH, Governor of the State of Illinois, do hereby command you to cause a SPECIAL ELECTION to fill such vacancy



to be held in the County of DUPAGE on SATURDAY, MARCH 8, 2008, and a primary election with respect to such special election to be held, if necessary, on TUESDAY, FEBRUARY 5, 2008, for each of which you will give notice, in conformity with the Statutes in such case made and provided.

In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Illinois to be affixed.

Done at the Capitol, in the City of Springfield, this 3rd day of December, in the Year of Our Lord two thousand and seven, and of the State of Illinois the one hundred and eighty-ninth.

_Jesse White_
Secretary of State

_Rod Blagojevich_
Governor



# STATE OF ILLINOIS
## EXECUTIVE DEPARTMENT

### SPRINGFIELD, ILLINOIS

To the County Clerk of KANE County, Greetings

WHEREAS, Because of the resignation of the Honorable Dennis Hastert effective November 26, 2007, a vacancy now exists in the Office of the Representative of the United States Congress for the 14th Congressional District of the State of Illinois.

Now, THEREFORE, I, ROD R. BLAGOJEVICH, Governor of the State of Illinois, do hereby command you to cause a SPECIAL ELECTION to fill such vacancy



to be held in the County of KANE on SATURDAY, MARCH 8, 2008, and a primary election with respect to such special election to be held, if necessary, on TUESDAY, FEBRUARY 5, 2008, for each of which you will give notice, in conformity with the Statutes in such case made and provided.

In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Illinois to be affixed.

Done at the Capitol, in the City of Springfield, this 3rd day of December, in the Year of Our Lord two thousand and seven, and of the State of Illinois the one hundred and eighty-ninth.

_____        _____
Secretary of State                                Governor



# STATE OF ILLINOIS
## EXECUTIVE DEPARTMENT
### SPRINGFIELD, ILLINOIS

To the County Clerk of BUREAU County, Greetings

WHEREAS, Because of the resignation of the Honorable Dennis Hastert effective November 26, 2007, a vacancy now exists in the Office of the Representative of the United States Congress for the 14th Congressional District of the State of Illinois.

Now, THEREFORE, I, ROD R. BLAGOJEVICH, Governor of the State of Illinois, do hereby command you to cause a SPECIAL ELECTION to fill such vacancy



to be held in the County of BUREAU on SATURDAY, MARCH 8, 2008, and a primary election with respect to such special election to be held, if necessary, on TUESDAY, FEBRUARY 5, 2008, for each of which you will give notice, in conformity with the Statutes in such case made and provided.

In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Illinois to be affixed.

Done at the Capitol, in the City of Springfield, this 3rd day of December, in the Year of Our Lord two thousand and seven, and of the State of Illinois the one hundred and eighty-ninth.

_Jesse White_
Secretary of State

_Rod Blagojevich_
Governor



## STATE OF ILLINOIS
### EXECUTIVE DEPARTMENT
#### SPRINGFIELD, ILLINOIS

To the County Clerk of DEKALB County, Greetings

WHEREAS, Because of the resignation of the Honorable Dennis Hastert effective November 26, 2007, a vacancy now exists in the Office of the Representative of the United States Congress for the 14th Congressional District of the State of Illinois.

Now, THEREFORE, I, ROD R. BLAGOJEVICH, Governor of the State of Illinois, do hereby command you to cause a SPECIAL ELECTION to fill such vacancy



to be held in the County of DEKALB on SATURDAY, MARCH 8, 2008, and a primary election with respect to such special election to be held, if necessary, on TUESDAY, FEBRUARY 5, 2008, for each of which you will give notice, in conformity with the Statutes in such case made and provided.

In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Illinois to be affixed.

Done at the Capitol, in the City of Springfield, this 3rd day of December, in the Year of Our Lord two thousand and seven, and of the State of Illinois the one hundred and eighty-ninth.

Jesse White  
Secretary of State

Rod Blagojevich  
Governor



# STATE OF ILLINOIS
## EXECUTIVE DEPARTMENT
### SPRINGFIELD, ILLINOIS

To the County Clerk of KENDALL County, Greetings

WHEREAS, Because of the resignation of the Honorable Dennis Hastert effective November 26, 2007, a vacancy now exists in the Office of the Representative of the United States Congress for the 14th Congressional District of the State of Illinois.

Now, THEREFORE, I, ROD R. BLAGOJEVICH, Governor of the State of Illinois, do hereby command you to cause a SPECIAL ELECTION to fill such vacancy



to be held in the County of KENDALL on SATURDAY, MARCH 8, 2008, and a primary election with respect to such special election to be held, if necessary, on TUESDAY, FEBRUARY 5, 2008, for each of which you will give notice, in conformity with the Statutes in such case made and provided.

In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Illinois to be affixed.

Done at the Capitol, in the City of Springfield, this 3rd day of December, in the Year of Our Lord two thousand and seven, and of the State of Illinois the one hundred and eighty-ninth.

_Jesse White_
Secretary of State

_Rod Blagojevich_
Governor



**STATE OF ILLINOIS**
**EXECUTIVE DEPARTMENT**
SPRINGFIELD, ILLINOIS

To the County Clerk of LEE County, Greetings

WHEREAS, Because of the resignation of the Honorable Dennis Hastert effective November 26, 2007, a vacancy now exists in the Office of the Representative of the United States Congress for the 14th Congressional District of the State of Illinois.

Now, THEREFORE, I, ROD R. BLAGOJEVICH, Governor of the State of Illinois, do hereby command you to cause a SPECIAL ELECTION to fill such vacancy



to be held in the County of LEE on SATURDAY, MARCH 8, 2008, and a primary election with respect to such special election to be held, if necessary, on TUESDAY, FEBRUARY 5, 2008, for each of which you will give notice, in conformity with the Statutes in such case made and provided.

In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Illinois to be affixed.

Done at the Capitol, in the City of Springfield, this 3rd day of December, in the Year of Our Lord two thousand and seven, and of the State of Illinois the one hundred and eighty-ninth.

_Jesse White_
Secretary of State

_Rod Blagojevich_
Governor

...



# STATE OF ILLINOIS
## EXECUTIVE DEPARTMENT
### SPRINGFIELD, ILLINOIS

To the County Clerk of HENRY County, Greetings

WHEREAS, Because of the resignation of the Honorable Dennis Hastert effective November 26, 2007, a vacancy now exists in the Office of the Representative of the United States Congress for the 14th Congressional District of the State of Illinois.

Now, THEREFORE, I, ROD R. BLAGOJEVICH, Governor of the State of Illinois, do hereby command you to cause a SPECIAL ELECTION to fill such vacancy



to be held in the County of HENRY on SATURDAY, MARCH 8, 2008, and a primary election with respect to such special election to be held, if necessary, on TUESDAY, FEBRUARY 5, 2008, for each of which you will give notice, in conformity with the Statutes in such case made and provided.

In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Illinois to be affixed.

Done at the Capitol, in the City of Springfield, this 3rd day of December, in the Year of Our Lord two thousand and seven, and of the State of Illinois the one hundred and eighty-ninth.

_Jesse White_
Secretary of State

_Rod Blagojevich_
Governor