## Special 14th Congressional District Primary Election Calendar

**Friday, December 28, 2007**
Last day for candidates to file withdrawal of nomination papers with the State Board of Elections. (10 ILCS 5/10-7)

*Withdrawals may be filed in either the Springfield or Chicago offices of the State Board of Elections.

**Friday, December 28, 2007**
Date State Board of Elections will certify the names of candidates to the county clerks

**Friday, December 28, 2007**
Last day (by close of business) a person may file a notarized Declaration of Intent to be a Write-in Candidate with the appropriate county clerk(s) and or board(s) of election commissioners.*

P.A. 95-699 (effective November 9, 2007) requires that a Declaration of Intent to be a Write-in Candidate now be filed by the close of business with the appropriate election authority no later than 61 days (certification date) prior to the election. As such, December 28th was selected as the last day to file to be a write-in candidate for the Special Primary Election as that is the date of certification by the State Board of Elections.

**Monday, December 31, 2007**
Last day for the county clerk to provide the board of election commissioners a copy of the certification issued to the clerk by the State Board of Elections. (10 ILCS 5/7-14)*

*10 ILCS 5/7-14 states each county clerk shall certify not less than 55 days to the board of election commissioners before the General Primary. The statutes do not provide any guidance for certification by the county clerk for a Special Primary.

**Tuesday, January 7, 2008**
Last day (by close of business) a person may file a notarized Declaration of Intent to be a Write-in Candidate with the appropriate election authorities
(10 ILCS 5/7-59B)

**Monday, January 7, 2008**
Last day for citizens of the United States temporarily residing outside the United States who are not registered but otherwise qualified to vote and who expect to be absent from their county of residence on election day to make a simultaneous application to the election authority having jurisdiction over their precinct of residence for absentee registration and an absentee ballot.
(10 ILCS 5/20-2.1, 20-3)

**Tuesday, January 8, 2008**
Last for registration or transfer of registration
(10 ILCS 5/4-6,4-16, 6-50.2)

**Wednesday, January 9, 2008**

1

First day for grace period registration or change of address in the office of the election authority or at a location designated for this purpose by the election authority
(10 ILCS 5/4-50, 5-50, 6-100)

**Wednesday, January 9, 2008**
First day of grace period voting at the election authority's office, or location designated by the election authority, or my mail, at the discretion of the election authority
(10 ILCS 5.4-50, 5-50, 6-100)

**Monday, January 14, 2008**
AT THE REQUEST OF THE ELECTION AUTHORITY first day for local election officials (qualified, municipal, township and road district clerks) to conduct in-person absentee voting
(10ILCS 5/19-2.1)

**Monday, January 14, 2008**
First day for early voting at the office of the election authority and locations designated by the election authority
(10 ILCS 5/19A-15)

**Wednesday, January 16, 2008**
Last day to publish notice of the Special Primary Election.
(10 ILCS 5/12-1)

**Tuesday, January 22, 2008**
Deadline for the election authority to have pollwatcher credentials available for distribution
(10ILCS 5/7-34)

**Tuesday, January 22, 2008**
Last day of grace period registration or change of address in the office of the election authority or location designated for this purpose by the election authority
(10ILCS 5/4-50, 5-50, 6-100)

**Tuesday, January 22, 2008**
Last day of grace period voting at the election authority's office, or location designated by the election authority, or by mail, at the discretion of the election authority.
(10ILCS 5/4-50, 5-50, 6-100)

**Monday, January 28, 2008**
Last day for any voter who is a member of the United States Service and his spouse and dependents of voting age who expect to be absent from the county of residence on election day to make application (may make application via facsimile machine o other method of electronic transmission) for an official ballot to the election authority having jurisdiction over their precinct residence and the last day for the election authority to mail such ballots.
(10 ILCS 5.20-2, 20-2.3, 20-3)

**Monday, January 28, 2008**
    Last day for any nonresident civilian, otherwise qualified to vote, to make application to the election authority having jurisdiction over his precinct of former residence for an absentee ballot containing Federal office only, and the last day for election authority to mail such ballot
(10ILCS 5/20-2.2, 20-5)

**Monday, January 28, 2008**
    Last day for the election authority to send an official ballot for Federal offices only, upon receipt of either an application for absentee registration or an application for absentee ballot, to citizens of the United States who are temporarily residing outside the territorial limits of the United States
910 ILCS 5/20-2.1, 20-3, 20-4)

**Thursday, January 31, 2008**
    First day that a qualified voter who has been admitted to a hospital, nursing home, or rehabilitation center not more that five (5) days before an election shall be entitled to personal delivery of an absentee ballot by making application with the election authority
(10 ILCS 5/19-13)

**Thursday, January 31, 2008**
    Last day for early voting at the office of the election authority and locations designated by the election authority
(10 ILCS 19A-15, 19A-20)

**Thursday, January 31, 2008**
    Last day for the election authority to receive application by mail from any registered voter presently within the confines of the United States, who expects to be absent from his county of residence on election day and the last day for the election authority to mail such ballot.
(10 ILCS 5/19-2)

**Thursday, January 31, 2008**
    Last day for the election authority to publish the specimen ballot labels, as near as may be, in the form in which they will appear on the official ballot on Election Day
(10 ILCS 5/7-21: 24A-18, 24C-18)

**Thursday, January 31, 2008**
    Last day (by noon) the election authority shall post the names and addresses of nursing home facilities from which no applications for absentee ballots have been received and in which no supervised voting will be conducted.

**Thursday, January 31, 2008**
    Last day to conduct public test of automatic tabulating equipment and Automatic Optical Scan Equipment and DRE Voting Equipment
(10 ILCS 5/24A-9M 24B-9, 24C-9)

**Friday, February 1, 2008**
    Last day for the election authority to have official ballots available for inspection by candidates or their agents
(10 ILCS 5/16-5)

**Friday, February 1, 2008**
**Saturday, February 2, 2008**
**Sunday, February 3, 2008**
**Monday, February 4, 2008**

    The election authority will determine on which date Nursing Home Voting will be conducted. No later than 9:00 am the election authority shall deliver official absentee ballots to the judges of election in the precinct where the facility pursuant to the Nursing Home Care Reform Act 1979, is located……………………………………..
(10 ILCS 5/19-4, 19/-12.2)

**Monday, February 4, 2008**
    Last day for any registered voter presently with in the confines of the United States, who expects to be absent from his county of residence on election day, to make application **in person** to the election authority, or municipal, township or road district clerk who is authorized to conduct absentee voting.
(10 ILCS 5/19-2)

**Monday, February 4, 2008**
    Last day for any temporarily or permanently physically disabled voter to request at the election authority's office, that two (2) judges of election of opposite party affiliation deliver a ballot to him/her at the point where he/she is unable to continue forward motion toward the polling place.
[10 ILCS 5/7-47.1(b)]

**Monday, February 4, 2008**
    Last day for election authority to deliver (prior to the opening the polling place) to the judges of election in each precinct the list of registered voters in that precinct to whom absentee ballots have been issued by mail.
(10 ILCS 5/19-4)

**Tuesday, February 5, 2008**
    Special 14th Congressional District Primary Election

**Thursday, February 7, 2008**
    Registration opens in the office of the election authority and with all deputy registrars including all municipal, township and road district clerks who are authorized deputy registrars.
(10 ILCS 5/4-6, 5-5, 6-50)

**Thursday, February 7, 2008**
    Last day a provisional voter may submit additional information to the county clerk or board of election commissioners to verify or support his/her registration status. Material **must be received** by this date.
(10 ILCS 5/18A-15d)

**Friday, February 8, 2008** *(Tuesday, February 19, 2008)*\*\*
  Deadline for the county clerk or board to complete the validation and county of provisional ballots
[10 ILCS 5/18A-15(a)]

**Friday, February 8, 2008** *(Tuesday, February 19, 2008)*\*\*
  Deadline for the County Clerk or board of election commissioners to accept and complete the tabulation of absentee ballots that were (1) Postmarked by midnight preceding the opening of the polls on Election Day, and (2) received after the close of the polls on the Election Day
(10 ILCS 5/19-8)

**Monday, February 11, 2008** *(Tuesday, February 26, 2008)*\*\*
  Last day for canvassing of election results by proper canvassing board.
[10 ILCS 5/18A-15(a)]

**Monday, February 11, 2008** *(Tuesday, February 26, 2008)*\*\*
  The last day the election authority shall transmit to the State Board of Elections the following: (1) the number, by precinct, of absentee ballots requested, provided and counted, (2) the number of rejected absentee ballots, and (3) the number of voters seeking review of rejected absentee ballots.
(10ILCS 5/19-20, 20-20)

**Wednesday, February 13, 2008** *(Friday, March 7, 2008)*\*\*
  Last day for the State Board of Elections to canvass the votes for the Special Election.
[10 ILCS 5/18A-15a)]


\*\* *indicates the statutory dates*

| Special 14th Congressional District |
| --- |
| General Election Calendar |

**Tuesday, January 7, 2008**
    Last day (by close of business) a person may file a notarized Declaration of Intent to be a Write-in Candidate with the appropriate election authorities
(10 ILCS

**Monday, January 28, 2008**
    If by reason of the proximity of any such elections to one another the effect of this provision would be to close registrations for all or any part of the 10 days immediately prior to such 27 day period, the election authority shall accept, solely for use in the subsequent and not in any intervening election, registrations and transfers of registration within the period from the 27th to the 38th days, both inclusive, prior to such subsequent election  (10 ILCS 5/4-6)  *[Thursday, February 7, 2008   Voter registration opens in the office of the election authority and with all deputy registrars including all municipal, township and road district clerks who are authorized deputy registrars -(All jurisdictions not within the 14th Congressional)*
*(10 ILCS 5/4-6, 5-5, 6-50)]*

**Friday, February 8, 2008**
    Last day for citizens of the United States temporarily residing outside the United States who are not registered but otherwise qualified to vote and who expect to be absent from their county of residence on election day to make a simultaneous application to the election authority having jurisdiction over their precinct of residence for absentee registration and an absentee ballot.
(10 ILCS 5/20-2.1, 20-3)

**Monday, February 11, 2008**
    Last for registration or transfer of registration
(10 ILCS 5/4-6,4-16, 6-50.2)

**Tuesday, February 12, 2008**
    First day for grace period registration or change of address in the office of the election authority or at a location designated for this purpose by the election authority
(10 ILCS 5/4-50, 5-50, 6-100)

**Friday, February 22** *(Tuesday, February 12, 2008*)**
    First day of grace period voting at the election authority's office, or location designated by the election authority, or my mail, at the discretion of the election authority
(10 ILCS 5.4-50, 5-50, 6-100)

**Friday, February 22** *(Tuesday, February 12, 2008*)**
    AT THE REQUEST OF THE ELECTION AUTHORITY first day for local election officials (qualified, municipal, township and road district clerks) to conduct in-person absentee voting
(10ILCS 5/19-2.1)

**Friday, February 22** *(Friday, February 15, 2008*)**

1

First day for early voting at the office of the election authority and locations designated by the election authority
(10 ILCS 5/19A-15)

**Saturday, February 23, 2008**
Deadline for the election authority to have pollwatcher credentials available for distribution
(10ILCS 5/7-34)

**Saturday, February 23, 2008**
Last day of grace period registration or change of address in the office of the election authority or location designated for this purpose by the election authority
(10ILCS 5/4-50, 5-50, 6-100)

**Saturday, February 23, 2008**
Last day of grace period voting at the election authority's office, or location designated by the election authority, or by mail, at the discretion of the election authority.
(10ILCS 5/4-50, 5-50, 6-100)

**Thursday, February 27, 2008**
Last day for any voter who is a member of the United States Service and his spouse and dependents of voting age who expect to be absent from the county of residence on election day to make application (may make application via facsimile machine o other method of electronic transmission) for an official ballot to the election authority having jurisdiction over their precinct residence and the last day for the election authority to mail such ballots.
(10 ILCS 5.20-2, 20-2.3, 20-3)

**Thursday, February 27, 2008**
Last day for any nonresident civilian, otherwise qualified to vote, to make application to the election authority having jurisdiction over his precinct of former residence for an absentee ballot containing Federal office only, and the last day for election authority to mail such ballot
(10ILCS 5/20-2.2, 20-5)

**Thursday, February 27, 2008**
Last day for the election authority to send an official ballot for Federal offices only, upon receipt of either an application for absentee registration or an application for absentee ballot, to citizens of the United States who are temporarily residing outside the territorial limits of the United States
910 ILCS 5/20-2.1, 20-3, 20-4)

**Monday, March 3, 2008**
First day that a qualified voter who has been admitted to a hospital, nursing home, or rehabilitation center not more that five (5) days before an election shall be entitled to personal delivery of an absentee ballot by making application with the election authority
(10 ILCS 5/19-13)

**Monday, March 3, 2008**
Last day for early voting at the office of the election authority and locations designated by the election authority
(10 ILCS 19A-15, 19A-20)

2

**Monday, March 3, 2008**
    Last day for the election authority to receive application by mail from any registered voter presently within the confines of the United States, who expects to be absent from his county of residence on election day and the last day for the election authority to mail such ballot.
(10 ILCS 5/19-2)

**Monday, March 3, 2008**
    Last day for the election authority to publish the specimen ballot labels, as near as may be, in the form in which they will appear on the official ballot on Election Day
(10 ILCS 5/7-21: 24A-18, 24C-18)

**Monday, March 3, 2008**
    Last day (by noon) the election authority shall post the names and addresses of nursing home facilities from which no applications for absentee ballots have been received and in which no supervised voting will be conducted.

**Monday, March 3, 2008**
    Last day to conduct public test of automatic tabulating equipment and Automatic Optical Scan Equipment and DRE Voting Equipment
(10 ILCS 5/24A-9M 24B-9, 24C-9)

**Wednesday, March 5, 2008**
    Last day for the election authority to have official ballots available for inspection by candidates or their agents
(10 ILCS 5/16-5)

**Tuesday, March 4, 2008**
**Wednesday, March 5, 2008**
**Thursday, March 6, 2008**
**Friday, March 7, 2008**
    The election authority will determine on which date Nursing Home Voting will be conducted. No later than 9:00 am the election authority shall deliver official absentee ballots to the judges of election in the precinct where the facility pursuant to the Nursing Home Care Reform Act 1979, is located……………………………………
(10 ILCS 5/19-4, 19/-12.2)

**Friday, March 7, 2008**
    Last day for any registered voter presently with in the confines of the United States, who expects to be absent from his county of residence on election day, to make application **in person** to the election authority, or municipal, township or road district clerk who is authorized to conduct absentee voting.
(10 ILCS 5/19-2)

**Friday, March 7, 2008**
    Last day for any temporarily or permanently physically disabled voter to request at the election authority's office, that two (2) judges of election of opposite party affiliation deliver a ballot to him/her at the point where he/she is unable to continue forward motion toward the polling place.
[10 ILCS 5/7-47.1(b)]

**Friday, March 7, 2008**

3

Last day for election authority to deliver (prior to the opening the polling place) to the judges of election in each precinct the list of registered voters in that precinct to whom absentee ballots have been issued by mail.
(10 ILCS 5/19-4)

**Saturday, March 8, 2008**
　　Special 14th Congressional District General Election

**Monday, March 10, 2008**
　　Registration opens in the office of the election authority and with all deputy registrars including all municipal, township and road district clerks who are authorized deputy registrars.
(10 ILCS 5/4-6, 5-5, 6-50)

**Saturday, March 29, 2008**
　　Deadline for the county clerk or board to complete the validation and county of provisional ballots
[10 ILCS 5/18A-15(a)]

**Saturday, March 29, 2008**
　　Deadline for the County Clerk or board of election commissioners to complete the tabulation of absentee ballots that were (10 Postmarked by midnight preceding the opening of the polls on Election Day, and (2) received after the close of the polls on the Election Day but not later than 14days after the election.
(10 ILCS 5/19-8)

**Saturday, April 5, 2008**
　　Last day for canvassing of election results by proper canvassing board.
[10 ILCS 5/18A-15(a)]

**Saturday, April 5, 2008**
　　The last day the election authority shall transmit to the State Board of Elections the following: (1) the number, by precinct, of absentee ballots requested, provided and counted, (2) the number of rejected absentee ballots, and (3) the number of voters seeking review of rejected absentee ballots.
(10ILCS 5/19-20, 20-20)

**Saturday, April 12, 2008**
　　Last day for the State Board of Elections to canvass the votes for the Special Election.
[10 ILCS 5/18A-15a)]


** *indicates the statutory dates*