Official Military/Overseas Ballot
Special General Election - March 8, 2008

FOR REPRESENTATIVE IN CONGRESS
14TH CONGRESSIONAL DISTRICT

Rank the candidates in order of preference

| Candidate | Party | 1st Choice | 2nd Choice | 3rd Choice | 4th Choice | 5th Choice |
|---|---|---|---|---|---|---|
| Bill Foster | Democratic | 1 | 2 | 3 | 4 | 5 |
| John Laesch | Democratic | 1 | 2 | 3 | 4 | 5 |
| Jotham Stein | Democratic | 1 | 2 | 3. | 4 | 5 |
| Chris Lauzen | Republican | 1 | 2 | 3 | 4 | 5 |
| Jim Oberweis | Republican | 1 | 2. | 3 | 4 | 5 |

I hereby certify that the above is a true and correct copy of the office and candidates to be voted upon in the Special General Election to be held in _____ County, Illinois, on March 8, 2008.

Signature

, Illinois

County Seal