## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| The DuPage County Board of Election Commissioners, et al. | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 CV 232 |
| v. | ) ) | Judge Castillo |
| Illinois State Board of Elections, et al. | ) ) ) | |
| Defendants. | ) | |

### Notice of Filing of Appearance

To:   Patrick Kevin Bond          patbond@sbcglobal.net
      Keith E. Letsche            keithletsche@sbcglobal.net


Please take notice that on January 11, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Assistant State's Attorney Mary Katherine Moran, correct copies of which are attached to this Notice of Filing and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named party(ies) by [ ] addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, with postage prepaid; [ ] hand delivering a copy personally or via messenger to the address(es) listed above; [ ] transmitting via facsimile to the telephone numbers listed above; [x]transmitting a copy via ECF; on January 11, 2008.

/s/ Mary Katherine Moran

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6193430