**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| The DuPage County Board of Election Commissioners et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | No. 08 CV 232 |
| v. | ) ) | Judge Ruben Castillo |
| Illinois State Board of Elections et al., | ) ) | Magistrate Judge Susan Cox |
| Defendants. | ) ) | |

**Notice of Filing of Appearance**

To:  Patrick Kevin Bond           patbond@sbcglobal.net
     Keith E. Letsche             keithletsche@sbcglobal.net
     Mary Katherine Moran         morankatherine@co.kane.il.us

Please take notice that on January 14, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Assistant State's Attorney Amy Engerman, correct copies of which are attached to this Notice of Filing and duly served upon you.

**Certificate of Service**

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named party(ies) by [ ] addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, with postage prepaid; [ ] hand delivering a copy personally or via messenger to the address(es) listed above; [ ] transmitting via facsimile to the telephone numbers listed above; [x] transmitting a copy via ECF; on January 14, 2008.

/s/ Amy Engerman

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6277932