IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE DUPAGE COUNTY BOARD OF ELECTION COMMISSIONERS, a body politic; KAMI HIERONYMUS, not individually, but as County Clerk of Bureau County; SHARON HOLMES, not individually, but as County Clerk of DeKalb County; RENNETA MICKELSON, not individually, but as County Clerk of Kendall County; NANCY NELSON, not individually, but as County Clerk of Lee County; BARBARA M. LINK, not individually, but as County Clerk of Henry County; JOHN A. CUNNINGHAM, not individually, but as County Clerk of Kane County; and the CITY OF AURORA BOARD OF ELECTION COMMISSIONERS, a body politic, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS STATE BOARD OF ELECTIONS, a body politic; and JOHN LAESCH, JOTHAM STEIN, BILL FOSTER, each individually, as certified Democratic candidates for the February 5, 2008, Special Primary Election for the 14th Congressional District; CHRIS LAUZEN and JIM OBERWEIS, each individually, as certified Republican candidates for the February 5, 2008, Special Primary Election for the 14th Congressional District, <br><br> Defendants. | No. 08 C 232 <br><br> Judge Castillo <br> Magistrate Judge Cox <br><br><br> MOTION OF THE UNITED STATES TO PARTICIPATE AS **AMICUS CURIAE** |

  The United States respectfully moves this Court for leave to participate in the above-captioned case as <u>amicus</u> <u>curiae</u>, to file the attached brief, and to participate in any hearing on the proposed declaratory relief.

  This action concerns the special elections to fill the vacancy in the office of United States Representative for the Fourteenth Congressional District, scheduled for February 5 and March 8,

2008.  The Attorney General is charged with the responsibility for the enforcement of the Uniformed and Overseas Citizens Absentee Voting Act of 1986, 42 U.S.C. §§ 1973ff to 1973ff-6 ("UOCAVA").  This suit, and the emergency relief sought, raise important issues concerning the State's compliance with UOCAVA in the context of the compressed schedule for the conduct of these federal elections.  The United States has a strong interest in ensuring that the voting rights of military and overseas voters are protected and that any relief ordered by this Court is sufficient to meet the requirements of UOCAVA.  As discussed in the accompanying Memorandum of Points and Authorities, the Department of Justice is in a unique position to be of assistance to the Court in the resolution of those issues.

      WHEREFORE, the United States respectfully prays that the Court enter the attached order granting the United States leave to participate as <u>amicus</u> <u>curiae</u> in the proceedings to address the UOCAVA-related questions in the case.  The United States further requests that the Court accept the attached <u>amicus</u> brief and permit the United States to participate in any hearing held to consider the requested relief.

Respectfully submitted,

Date: 14th day of January, 2008

| | |
|---|---|
| PATRICK J. FITZGERALD | GRACE CHUNG BECKER |
| United States Attorney | Acting Assistant Attorney General |

s/Joan Laser                                                    s/Puja Lakhani

JOAN LASER                                              CHRISTOPHER COATES
Assistant United States Attorney              Acting Chief
219 South Dearborn St., 5th Floor            REBECCA J. WERTZ
Chicago, IL 60604                                        PUJA LAKHANI
Phone: (312) 353-1857                              Attorneys
                                                                       Voting Section
                                                                       950 Pennsylvania Ave., NW
                                                                       Room NWB-7254
                                                                       Washington, D.C.  20530
                                                                       Phone: (202) 514-6331
                                                                       Fax:     (202) 307-3961
                                                                       rebecca.wertz@usdoj.gov
                                                                       puja.lakhani@usdoj.gov