UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| THE DUPAGE COUNTY BOARD OF ELECTION COMMISSIONERS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 232<br><br>Judge Castillo |

## **NOTICE OF MOTION**

TO: ALL ATTORNEYS OF RECORD
       See Certificate of Service attached

PLEASE TAKE NOTICE that on Wednesday, January 16, 2008, at 9:45 a.m., I will appear before Judge Castillo in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present Notice of Motion, Motion and Memorandum in support of said motion, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Joan C. Laser
     JOAN C. LASER
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois  60604
     (312) 353-4220
     Joan.Laser@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

Joan C. Laser hereby certifies that on January 14, 2008, she caused copies of:

**MOTION OF THE UNITED STATES TO PARTICIPATE AS AMICUS CURIAE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE UNITED STATES MOTION TO PARTICIPATE AS AMICUS CURIAE PROPOSED ORDER AMICUS BRIEF WITH EXHIBITS**

to be served via ecf filing to Patrick Kevin Bond, Keith E. Letsche, and Mary Katherine Moran and placed in a Fedex Envelope addressed to the following named individual(s).


Chris Lauzen
116 South Elmwood Drive
Aurora, IL 60406

Bill Foster
39W341 Preston Circle
Geneva, IL 60134

Jotham Stein
1333 S. 5th Street
St. Charles, IL 60174

Jim Oberweis
3 Buckingham Drive
Sugar Grove, IL 60554

John Laesch
306 E. Kendall Drive, #206
Yorkville, IL 60560

Illinois State Board of Elections
C/o Albert Porter, Chairman
1020 South Spring Street
Springfield, IL 62708


s/Joan C. Laser
JOAN C. LASER
ATTORNEY NAME
Assistant United States Attorney