IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE DUPAGE COUNTY BOARD OF ELECTION )
COMMISSIONERS, a body politic; KAMI HIERONYMUS, )
not individually, but as County Clerk of Bureau County; )
SHARON HOLMES, not individually, but as County Clerk )
of DeKalb County; RENNETA MICKELSON, not )
individually, but as County Clerk of Kendall County; )
NANCY NELSON, not individually, but as County Clerk of )
Lee County; BARBARA M. LINK, not individually, but as )
County Clerk of Henry County; JOHN A. CUNNINGHAM, )
not individually, but as County Clerk of Kane County; and the)
CITY OF AURORA BOARD OF ELECTION )
COMMISSIONERS, a body politic, )
                           Plaintiffs, )
vs. ) Case No. 08 CV 232
        )
ILLINOIS STATE BOARD OF ELECTIONS, a body politic; )
and JOHN LAESCH, JOTHAM STEIN, BILL FOSTER, each) Judge Ruben Castillo
individually, as certified Democratic candidates for the )
February 5, 2008, Special Primary Election for the 14th ) Magistrate Judge Susan E. Cox
Congressional District; CHRIS LAUZEN and JIM )
OBERWEIS, each individually, as certified Republican )
candidates for the February 5, 2008, Special Primary Election )
for the 14th Congressional District, )
                          Defendants. )

FILED
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on the 16th day of January, 2008, at 9:45 a.m. or as soon thereafter as the cause may be heard by the Honorable Judge Castillo or any Judge sitting in his absence in Courtroom 2141, Plaintiffs shall present their Emergency Motion for Hearing of Declaratory Relief. A copy of this document is attached here to and herewith served upon you.

                                  /s/ Keith E. Letsche
                                  Keith E. Letsche, One of the Attorneys
                                  for the Plaintiffs

BOND, DICKSON & ASSOCIATES, P.C.
301 S. County Farm Road, Suite E
Wheaton, IL 60187
(630) 681-1000
ARDC No. 06193855

## PROOF OF SERVICE

The undersigned, a non-attorney, on oath, states: I caused the foregoing Notice of Motion and documents referred to therein, to be served on those persons referenced in the attached Service List via hand delivery, on the 11th day of January, 2008.

*Rebecca A. Fleming*

SUBSCRIBED and SWORN to before me this 11th day of January, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
ASHLYE STREMLAU
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/10/2011

## SERVICE LIST

*DuPage County Election Commission, et al. v. Illinois State Board of Elections, et al.*
Case No. 08 CV 232

Illinois State Board of Elections
c/o Albert Porter
or Any Agent or Officer
James R. Thompson Center
100 W. Randolph Street, Suite 14-100
Chicago, IL 60601

John Laesch
306 E. Kendall Drive, #206
Yorkville, IL 60560

Jotham Stein
1333 S. 5th Street
St. Charles, IL 60174

Bill Foster
39W341 Preston Circle
Geneva, IL 60134

Chris Lauzen
116 S. Elmwood Drive
Aurora, IL 60506

Jim Oberweis
3 Buckingham Drive
Sugar Grove, IL 60554