**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 232 |
| The DuPage County Board of Election Commissioners, et al. | Judge Castillo |
| v. | |
| Illinois State Board of Elections, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant: Illinois State Board of Elections

| |
|---|
| NAME (Type or print) <br> Gary M. Griffin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Gary M. Griffin |
| FIRM <br> Office of the Illinois Attorney General |
| STREET ADDRESS <br> 100 W. Randolph Street, 13th Fl. |
| CITY/STATE/ZIP <br> Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06189714 | TELEPHONE NUMBER <br> (312) 814-3650 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ■ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐