AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE DUPAGE COUNTY BOARD OF
ELECTION COMMISSIONERS, et al.

V.

ILLINOIS STATE BOARD OF ELECTIONS,
et al.

CASE NUMBER: 08 C 232

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Chris Lauzen
116 S. Elmwood Drive
Aurora, IL 60506

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick K. Bond
Bond, Dickson & Associates, P.C.
301 S. County Farm Road, Suite E
Wheaton, IL 60187

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

January 10, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                *Signature of Server*

                          _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE DUPAGE COUNTY BOARD OF ELECTION COMMISSIONERS, a body politic; KAMI HIERONYMUS, not individually, but as County Clerk of Bureau County; SHARON HOLMES, not individually, but as County Clerk of DeKalb County; RENNETA MICKELSON, not individually, but as County Clerk of Kendall County; NANCY NELSON, not individually, but as County Clerk of Lee County; BARBARA M. LINK, not individually, but as County Clerk of Henry County; JOHN A. CUNNINGHAM, not individually, but as County Clerk of Kane County; and the CITY OF AURORA BOARD OF ELECTION COMMISSIONERS, a body politic, <br><br>   Plaintiffs, <br>vs. <br><br>ILLINOIS STATE BOARD OF ELECTIONS, a body politic; and JOHN LAESCH, JOTHAM STEIN, BILL FOSTER, each individually, as certified Democratic candidates for the February 5, 2008, Special Primary Election for the 14th Congressional District; CHRIS LAUZEN and JIM OBERWEIS, each individually, as certified Republican candidates for the February 5, 2008, Special Primary Election for the 14th Congressional District, <br><br>   Defendants. | Case No. 08 CV 232 |

**AFFIDAVIT OF PROOF OF SERVICE**

I, ___Jerold J. Sego___, certify that I served a copy of the attached Summons and Complaint on Defendant, CHRIS LAUZEN, as follows:

☐    (a)    (Individual defendant personal):
By leaving a copy of the Summons and Complaint with the individual Defendant personally.

1

| ✓ | (b) | (Individual defendant abode):<br>By leaving a copy of the Summons and Complaint at the usual place of abode of the individual Defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the Summons in a sealed envelope with postage fully prepaid, addressed to the individual defendant at his/her place of abode. |
| ☐ | (c) | (Other services): _____ |
| ☐ | (d) | (Unable to serve): By _____ |

Name of Defendant: Chris Lauzen

Name of Person Summons given to: Sarah Lauzen (wife)

Sex: F    Race: Caucasian    Approx. Age: 50

Place of Service: 116 S. Elmwood Drive, Aurora, IL 60506

Date of Service: 1-11-08    Time: 2:00 P.M.

Served By:

_Jerold J. Sego_
Signature

_Jerold J. Sego_
Print Name

Subscribed and Sworn to before me on this 14th day of January, 2008.

_Rebecca A. Fleming_
Notary Public

"OFFICIAL SEAL"
REBECCA A. FLEMING
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/29/2010

2