IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE DUPAGE COUNTY BOARD OF ELECTION COMMISSIONERS, a body politic; KAMI HIERONYMUS, not individually, but as County Clerk of Bureau County; SHARON HOLMES, not individually, but as County Clerk of DeKalb County; RENNETA MICKELSON, not individually, but as County Clerk of Kendall County; NANCY NELSON, not individually, but as County Clerk of Lee County; BARBARA M. LINK, not individually, but as County Clerk of Henry County; JOHN A. CUNNINGHAM, not individually, but as County Clerk of Kane County; and the CITY OF AURORA BOARD OF ELECTION COMMISSIONERS, a body politic, <br><br>        Plaintiffs, <br><br>vs. <br><br>ILLINOIS STATE BOARD OF ELECTIONS, a body politic; and JOHN LAESCH, JOTHAM STEIN, BILL FOSTER, each individually, as certified Democratic candidates for the February 5, 2008, Special Primary Election for the 14th Congressional District; CHRIS LAUZEN and JIM OBERWEIS, each individually, as certified Republican candidates for the February 5, 2008, Special Primary Election for the 14th Congressional District, <br><br>        Defendants. | Case No. 08 CV 232 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Susan E. Cox |

**NOTICE OF FILING**

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 16th day of January, 2008 we filed with the United States District Court, Northern District of Illinois, a Memorandum in Support of Plaintiffs' Emergency Motion for Hearing on Declaratory Relief. A copy of said documents are attached hereto and herewith served upon you.

/s/ Patrick K. Bond
Patrick K. Bond, One of the Attorneys
for the Plaintiffs

BOND, DICKSON & ASSOCIATES, P.C
301 S. County Farm Road, Suite E
Wheaton, IL 60187
(630) 681-1000
ARDC No. 06193855

## PROOF OF SERVICE

The undersigned, an attorney, on oath, states: I caused the foregoing Notice of Filing and documents referred to therein, to be served on the attorneys of record via hand delivery in open court (to those present) and via ECF Filing and by U.S. Mail proper postage prepaid, to the remaining parties as indicated on the attached Service List, on the 16th day of January, 2008.

_____

SUBSCRIBED and SWORN to before me
this 16th day of January, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MARY E. DIC___ ___N
NOTARY PUBLIC, ST___ ___LINOIS
MY COMMISSION ___ ___/2008