# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 232 | **DATE** | 1/16/2008 |
| **CASE TITLE** | DuPage County Board of Election Commissioners, et al. Vs. Illinois State Board of Elections, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 1/16/2008. Motion of the United States to participate as amicus curiae [10] is granted. The Court will hold a status hearing in open court on 1/18/2008 at 2:00 p.m. Plaintiffs' emergency motion for hearing on declaratory relief [13] is entered and continued to 1/18/2008 at 2:00 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RO |
|---|---|---|