# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 232 | DATE | 1/18/2008 |
| CASE TITLE | DuPage County Board of Election Commissioners, et al. Vs. Illinois State Board of Elections, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Enter Order. This case is hereby dismissed, with all parties to bear their own costs and fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | RO |
|---|---|---|